IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STANLEY HUNT,
ADC #156426                                                                                          PLAINTIFF

v.                           Case No. 4:16-cv-175 KGB/BD

JOHN RANDALL, et al.                                                                              DEFENDANTS

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 4). After careful review of the Recommendation, plaintiff Stanley Hunt's timely objections (Dkt. No. 5), as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

It is therefore ordered that:

1. Mr. Hunt's claims are dismissed with prejudice.

2. This dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal of this dismissal would not be in good faith.

4. Mr. Hunt's motion for ruling is denied as moot (Dkt. No. 6).

So ordered this 29th day of November, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge